[No. 26000-3-III.   Division Three.   May 1, 2008.]

THE CITY OF CHENEY, *Respondent*, v. STEVE BOGLE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-03218-1, Jerome J. Leveque, J., entered February 23, 2007. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 26043-7-III.   Division Three.   May 1, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY F. REID, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-04163-2, Neal Q. Rielly, J., entered April 6, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Thompson, J. Pro Tem.

[No. 26102-6-III.   Division Three.   May 1, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEWEL ELAINE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00138-1, Craig J. Matheson and Cameron Mitchell, JJ., entered May 3 and 25, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Thompson, J. Pro Tem.

[No. 58828-1-I.   Division One.   May 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13607-1, LeRoy McCullough, J., entered September 11, 2006. *Affirmed* by unpublished per curiam opinion.